**Fill in this information to identify the case:**

Debtor name ___ANTERO ENERGY PARTNERS LLC___

United States Bankruptcy Court for the: ___NORTHERN___ District of ___TX___
(State)

Case number (If known): ___16-30308-SGJ11___

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/16 to Filing date<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 0* |
   | **For prior year:** | From 01/01/15 to 12/31/2015<br>MM / DD / YYYY   MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 3,563,000 |
   | **For the year before that:** | From 01/01/14 to 12/31/2014<br>MM / DD / YYYY   MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ 6,021,158 |

   \* ERG has stopped payments to Debtor
   by its oil purchasers

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $_____ |

Debtor    ANTERO ENERGY PARTNERS LLC
          _____          Case number (if known)  16-30308-SGJ11
          Name                                        _____

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

   |  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|---|
   | 3.1. | SEE ATTACHED<br>_____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City            State      ZIP Code | _____<br>_____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  member distributions |
   | 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City            State      ZIP Code | _____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

   |  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|---|
   | 4.1. | ROBERT IMEL<br>_____<br>Insider's name<br>8401 N. CENTRAL EXPRESSWAY #840<br>Street<br>_____<br>DALLAS            TX      75225<br>City            State      ZIP Code<br><br>**Relationship to debtor**<br>CEO | _____<br>_____<br>_____<br>_____ | SEE ATTACHED | OPERATING MEMBER COMPENSATION<br>_____<br>_____ |
   | 4.2. | AIX ENERGY INC<br>_____<br>Insider's name<br>8401 N. CENTRAL EXPRESSWAY #840<br>Street<br>_____<br>DALLAS            TX      75225<br>City            State      ZIP Code<br><br>**Relationship to debtor**<br>SISTER COMPANY | | $ 1,277,104 | OPERATING AGREEMENT<br>_____<br>_____<br>_____<br><br>(ALSO LIVE OAK ENERGY - SISTER CO; SEE ATTACHED) |

---

Debtor    ANTERO ENERGY PARTNERS LLC
       <sub>Name</sub>          Case number *(if known)*   16-30308-SGJ11

---

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

   | | Creditor's name and address | Description of the property | Date | Value of property |
   |---|---|---|---|---|
   | 5.1. | _____ | _____ | _____ | $_____ |
   | | Creditor's name | | | |
   | | _____ | _____ | | |
   | | Street | | | |
   | | _____ | | | |
   | | City   State   ZIP Code | | | |
   | 5.2. | _____ | _____ | | $_____ |
   | | Creditor's name | | | |
   | | _____ | _____ | | |
   | | Street | | | |
   | | _____ | | | |
   | | City   State   ZIP Code | | | |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|
   | PLAINS MARKETING | REFUSAL TO PAY AT DIRECTION OF ERG | JAN 2016 | $_____ |
   | Creditor's name | | | |
   | _____ | PLAINS HAS FILED AN ADVERSARY PROC IN THIS BANKRUPTCY | | |
   | Street | (INTERPLEADER) | | |
   | HOUSTON    TX | Last 4 digits of account number: XXXX–__ __ __ __ | | |
   | City   State   ZIP Code | | | |

### Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None

   | | Case title | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | ENERGY RESERVES GROUP V ANTERO | TURNOVER | 281ST DISTRICT COURT | ☒ Pending |
   | | | | Name | ☐ On appeal |
   | | **Case number** | | Street | ☐ Concluded |
   | | 2016-04624 | | _____ | |
   | | | | HOUSTON   TX | |
   | | | | City   State   ZIP Code | |
   | 7.2. | SCHLUMBERGER TECHNOLOGY V AIX AND ANTERO | SUIT ON ACCT | 2ND JUDICIAL DISTRICT CT | ☒ Pending |
   | | | | Name | ☐ On appeal |
   | | **Case number** | | Street | ☐ Concluded |
   | | 40564 | | _____ | |
   | | | |   LA | |
   | | | | City   State   ZIP Code | |

Debtor    ANTERO ENERGY PARTNERS LLC     Case number (if known)   16-30308-SGJ11
       Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | Name |
| | **Case number** | Street |
| City   State   ZIP Code | | |
| | **Date of order or assignment** | City   State   ZIP Code |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | | | $ |

Debtor    ANTERO ENERGY PARTERS LLC      Case number *(if known)*   16-30308-SGJ11
     Name

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.1.   SEE ATTACHED

     $ _____

**Address**

Street

City      State      ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.2.

     $ _____

**Address**

Street

City      State      ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

     $ _____

**Trustee**

---

Debtor ANTERO ENERGY PARNERS LLC
_____
Name

Case number (if known) 16-30308-SGJ11
_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | ROBERT IMEL | HOME | 2/21/2014 | $ 1,180,190 |

Address
8401 N CENTRAL EXPRESSWAY STE 840
Street

DALLAS          TX          75225
City          State          ZIP Code

Relationship to debtor
CEO

| | Who received transfer? | | | Total amount or value |
|---|---|---|---|---|
| 13.2. | | | | $ |

Address

Street

City          State          ZIP Code

Relationship to debtor

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street | From _____ To _____ |
| | City          State          ZIP Code | |
| 14.2. | Street | From _____ To _____ |
| | City          State          ZIP Code | |

| Debtor | ANTERO ENERGY PARTNERS LLC | Case number (if known) | 16-30308-SGJ11 |
|---|---|---|---|
| | Name | | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ | _____ | *Check all that apply:* |
| _____<br>City    State    ZIP Code | _____ | ☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ | _____ | *Check all that apply:* |
| _____<br>City    State    ZIP Code | _____ | ☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

| Debtor | ANTERO ENERGY PARTNERS LLC | Case number (if known) | 16-30308-SGJ11 |
|---|---|---|---|
| | Name | | |

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | LEGACYTEXAS BANK<br>Name<br>P.O BOX 869105<br>Street<br>PLANO    TX    75086-9105<br>City    State    ZIP Code | XXXX– 4018 __ __ | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 1/9/16 | $ 173 |
| 18.2. | Name<br>Street<br>City    State    ZIP Code | XXXX– __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City    State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City    State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor ANTERO ENERGY PARTNERS LLC
Name

Case number (if known) 16-30308-SGJ11

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

❏ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| AIX ENERGY INC | WELLS FARGO BANK | SEGREGATED OPERATING FUNDS | $_____ |
| Name | | (ANTERO HAS LEGAL INTEREST | |
| 8401 N CENTRAL EXPRESSWAY #840 | | | |
| Street | | AIX HAS BENEFICIAL EQUITABLE INTEREST) | |
| DALLAS TX 75225 | | | |
| City State ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
❏ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ❏ Pending |
| Case number | Name | | ❏ On appeal |
| _____ | Street | _____ | ❏ Concluded |
| | City State ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
❏ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City State ZIP Code | City State ZIP Code | | |

Debtor    ANTERO ENERGY PARTNERS LLC _____    Case number *(if known)* ___16-30308-SGJ11___
                   Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

### Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City        State        ZIP Code | | From _____    To _____ |
| 25.2. | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City        State        ZIP Code | | From _____    To _____ |
| 25.3. | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City        State        ZIP Code | | From _____    To _____ |

---

| Debtor | ANTERO ENERGY PARTNERS LLC | Case number (if known) | 16-30308-SGJ11 |
|---|---|---|---|
| | Name | | |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.1. | (SEE ATTACHED) | | From _____  To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.2. | | | From _____  To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.1. | | | From _____  To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.2. | | | From _____  To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. | DEBTOR/ LEGACYTEXAS BANK  (ENERGY RESERVES GROUP LLC BASED ON INFORMATION AND BELIEF | | |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

Debtor   ANTERO ENERGY PARTNERS LLC
         _____
         Name

Case number (if known) 16-30308-SGJ11
                       _____

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|

26c.2.

Name _____

Street _____

_____

City _____ State _____ ZIP Code

_____

_____

_____

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   LEGACYTEXAS BANK
         _____
         Name

Street _____

_____

City _____ State _____ ZIP Code

**Name and address**

26d.2.

Name _____

Street _____

_____

City _____ State _____ ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.1.

Name _____

Street _____

_____

City _____ State _____ ZIP Code

| Debtor | ANTERO ENERGY PARTNERS | Case number (if known) | 16-30308-SGJ11 |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.2.

Name

Street

City                                        State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| ROBERT IMEL | 8401 CENTRAL EXPRESSWAY #840 DALLAS TX | CEO | 100 |
| | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Barry Hayes | 8401 N. Central Expressway #840 Dallas TX 75225 | no interest / CFO | From 1/1/14 To 8/15 |
| | | | From ___ To ___ |
| | | | From ___ To ___ |
| | | | From ___ To ___ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. ROBERT IMEL | 431,936 | SEE ATTACHED | COMPENSATION FOR WORK AND GUARANTEES |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| Relationship to debtor | | | |

Debtor    ANTERO ENERGY PARTNERS LLC

Name

Case number (if known)    16-30308-SGJ11

---

**Name and address of recipient**

30.2

Name

Street

City        State        ZIP Code

**Relationship to debtor**

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**    **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/19/2016

MM / DD / YYYY

✗ _(signature)_        Printed name    ROBERT IMEL

Signature of individual signing on behalf of the debtor

Position or relationship to debtor    CEO

---

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☒ Yes

---

**ANTERO ENERGY PARTNERS, LLC**
**CASE 16-30308-11**
**OFFICIAL FORM 207; STATEMENT OF FINANCIAL AFFAIRS**
**PART 2: ITEM 3.1**

| CREDITOR NAME & ADDRESS | DATES | PAYMENTS | TOTAL AMOUNT OR VALUE | SECURED DEBT | UNSECURED LOAN REPAYMENT | SUPPLIER OR VENDOR | SERVICES | OTHER (EXPLAIN) |
|---|---|---|---|---|---|---|---|---|
| AIX ENERGY, INC. 8401 N CENTRAL EXPY, #840 DALLAS TX 75225 | 11/20/2015 | $ 25,305.00 | | | | | X | |
| | 12/3/2015 | $ 25,305.00 | | | | | X | |
| | 12/11/2015 | $ 47,525.00 | | | | X | | |
| | 12/21/2015 | $ 20,305.00 | | | | X | | |
| | 12/18/2015 | $ 5,000.00 | | | | | X | |
| TOTAL | | | $123,440.00 | | | | | |
| FRANK L BROYLES PC 222 W LAS COLINAS BLVD 1650 EAST TOWER IRVING, TX 75039 | 1/25/2016 | $ 25,000.00 | $25,000.00 | | | | X | |
| LIVE OAK ENERGY, INC 8401 N CENTRAL EXPY, #840 DALLAS TX 75225 | 11/12/2015 | $ 55,000.00 | | | | X | | |
| | 11/19/2015 | $ 1,000.00 | | | | X | | |
| | 11/20/2015 | $ 25,000.00 | | | | X | | |
| | 12/28/2015 | $ 5,000.00 | | | | X | | |
| | 1/12/2016 | $ 21,000.00 | | | | X | | |
| | 1/4/2016 | $ 4,360.00 | | | | X | | |
| | 1/4/2016 | $ 173.02 | | | | X | | |
| TOTAL | | | $ 111,533.02 | | | | | |
| LOCKE LORD 2200 ROSS AVENUE, SUITE 2200 DALLAS, TX 75201 | 12/14/2015 | $ 10,038.25 | | | | | X | |
| | 12/31/2015 | $ 20,000.00 | | | | | X | |
| TOTAL | | | $ 30,038.25 | | | | | |
| ORENSTEIN LAW GROUP 8401 N CENTRAL EXPY, SUITE 840 DALLAS, TX 75225 | 11/23/2015 | $ 20,000.00 | $ 20,000.00 | | X | | | |
| PHILIP N ASPRODITES, LLC 4 TANO WEST SANTA FE, NM 87506-7510 | 11/16/2015 | $ 6,839.93 | $ 6,839.93 | | | | X | |
| ROBERT A. IMEL 8401 N CENTRAL EXPY, SUITE 840 DALLAS, TX 75225 | 11/3/2015 | $ 4,000.00 | | | | | | X MEMBER COMPENSATION |
| | 11/9/2015 | $ 1,250.00 | | | | | | X MEMBER COMPENSATION |
| | 11/12/2015 | $ 12,500.00 | | | | | | X MEMBER COMPENSATION |
| | 11/20/2015 | $ 12,500.00 | | | | | | X MEMBER COMPENSATION |
| | 12/14/2015 | $ 12,500.00 | | | | | | X MEMBER COMPENSATION |
| | 12/22/2015 | $ 2,500.00 | | | | | | X MEMBER COMPENSATION |
| | 12/29/2015 | $ 10,000.00 | | | | | | X MEMBER COMPENSATION |
| TOTAL | | | $ 55,250.00 | | | | | |

OFFICIAL FORM 207; STATEMENT OF FINANCIAL AFFAIRS
PART 2:  ITEM 4 PAYMENTS FOR DEBTS TO AFFILIATES WITHIN THE LAST YEAR

| INSIDERS  NAME & ADDRESS, RELATIONSHIP TO DEBTOR | DATES | PAYMENTS | TOTAL AMOUNT OF VALUE | REASON FOR PAYMENT OR TRANSFER |
|---|---|---|---|---|
| AIX ENERGY, INC. | 1/27/2015 | $60,000.00 | | IN PAYMENT OF JOINT INTERET BILLINGS |
| 8401 N CENTRAL EXPY, #840 | 2/12/2015 | $20,000.00 | | AND G & A REIMBURSEMENT |
| DALLAS TX  75225 | 3/9/2015 | $30,000.00 | | |
| | 4/7/2015 | $7,000.00 | | |
| HAVE COMMON WORKING | 4/8/2015 | $10,000.00 | | |
| INTEREST  AND OWNERSHIP' | 4/9/2015 | $10,000.00 | | |
| | 4/10/2015 | $20,000.00 | | |
| | 4/14/2015 | $25,000.00 | | |
| | 4/21/2015 | $20,000.00 | | |
| | 5/15/2015 | $20,000.00 | | |
| | 5/19/2015 | $412,000.00 | | |
| | 5/20/2015 | $65,000.00 | | |
| | 5/22/2015 | $60,000.00 | | |
| | 6/2/2015 | $10,000.00 | | |
| | 6/3/2015 | $10,000.00 | | |
| | 6/4/2015 | $5,000.00 | | |
| | 6/12/2015 | $30,000.00 | | |
| | 6/19/2015 | $100,000.00 | | |
| | 7/13/2015 | $15,000.00 | | |
| | 8/13/2015 | $55,000.00 | | |
| | 8/24/2015 | $80,000.00 | | |
| | 9/21/2015 | $120,000.00 | | |
| | 9/21/2015 | $50,000.00 | | |
| | 10/12/2015 | $20,000.00 | | |
| | 10/20/2015 | $14,000.00 | | |
| | 10/22/2015 | $9,104.38 | | |
| | | | $1,277,104.38 | |
| | | | | |
| LIVE OAK ENERGY, INC | 7/14/2015 | $5,000.00 | | PAYMENT OF JOINT INTEREST BILLINGS |
| 8401 N CENTRAL EXPY, #840 | 8/27/2015 | $1,200.00 | | |
| DALLAS TX  75225 | | | | |
| TOTAL | | | $    6,200.00 | |
| HAVE COMMON WORKING | | | | |
| INTEREST  AND OWNERSHIP' | | | | |

**ANTERO ENERGY PARTNERS, LLC**
**CASE 16-30308-11**
**OFFICIAL FORM 207; STATEMENT OF FINANCIAL AFFAIRS**
**PART 2: ITEM 7 LEGAL ACTIONS OR ASSIGNMENTS**


Energy Reserves Group LLC V Antero Energy Partners, LLC, Plains All American Pipeline, L.P.; and Plains Marketing, L.P.
Nature of Case
Case No. 2016-04624
281st Judicial District of Harris County, Texas
Status: Pending

Schlumberger Technology Corporation V AIX Energy, Inc. and Antero Energy Partners, LLC
Nature of Case
Case No. 40564
2nd Judicial District Court, Claiborne Parish, Louisiana
Status: Pending

**ANTERO ENERGY PARTNERS, LLC**
**CASE 16-30308-11**
**OFFICIAL FORM 207; STATEMENT OF FINANCIAL AFFAIRS**
**PART 6:  ITEM 11  PAYMENTS RELATED TO BANKRUPTCY**

| WHO WAS PAID AND ADDRESS | IF NOT MONEY, DESCRIBE TRANSFER | DATES | TOTAL AMOUNT OR VALUE | WHO MADE PAYMENT IF NOT DEBTOR |
|---|---|---|---|---|
| Frank L. Broyles, P.C.<br>222 W Las Colinas Blvd<br>1650 East Tower<br>Irving, TX  75039<br>frank.broyles@utexas.edu | | 1/25/2016 | $   25,000.00 | |
| The Harvey Law Firm<br>6510 Abrams Rd, Suite 280<br>Dallas TX  75231<br>keith@keithharveylaw.com | | 1/25/2016 | $    4,500.00 | |
| Wright Ginsburg Brusilow PC<br>325 N St Paul St, Suite 4150<br>Dallas, TX  75201 | | 8/11/2015 | $   15,000.00 | AIX Energy paid the original retainer then Antero reimbursed AIX |

**ANTERO ENERGY PARTNERS, LLC**
**CASE 16-30308-11**
**OFFICIAL FORM 207; STATEMENT OF FINANCIAL AFFAIRS**
**PART 10:  ITEM 18 CLOSED FINANCIAL ACCOUNTS**

| FINANCIAL INSTITUTION | LAST 4 DIGITS OF ACCOUNT NUMBER | TYPE OF ACCOUNT | DATE CLOSED | LAST BALANCE BEFORE CLOSING |
|---|---|---|---|---|
| LegacyTexas Bank<br>P O Box 869105<br>Plano TX  75086-9105 | 4018 | checking | 1/19/2016 | $  173.02 |

**ANTERO ENERGY PARTNERS, LLC**
**CASE 16-30308-11**
**OFFICIAL FORM 207; STATEMENT OF FINANCIAL AFFAIRS**
**PART 13: ITEM 26 BOOKS RECORDS AND FINANCIAL STATEMENTS**

| <u>NAME AND ADDRESS</u> | <u>DATE SERVICES RENDERED</u> |
|---|---|
| KATHY JEFFERIES<br>4467 COUNTY ROAD 2234<br>GREENVILLE TX 75402 | 2009 TO CURRENT |
| BARRY M HAYES<br>6609 AVALON AVE<br>DALLAS TX 75214 | 2009 TO CURRENT |
| ROBERT A. IMEL<br>6340 BROOKSHIRE<br>DALLAS TX 75229 | 2009 TO CURRENT |

**ANTERO ENERGY PARTNERS, LLC**
**CASE 16-30308-11**
**OFFICIAL FORM 207; STATEMENT OF FINANCIAL AFFAIRS**
**PART 13: ITEM 26.d**

**ALL FINANCIAL INSTITUTIONS, CREDITORS AND OTHER PARTIES TO WHOM**
**THE DEBTOR ISSUED A FINANCIAL STATEMENT WITHIN 2 YEARS BEFORE FILING**

| | | Financials Sent | Date Sent |
|---|---|---|---|
| A. | **Bank - Former Holder of Secured Debt** | | |
| | 1 LegacyTexas Bank | FYE 2011; 2012; 2013 | 5/2/2014 |
| | 8411 Preston Road, Ste 106 | FYE 2013; 2014 | 5/15/2015 |
| | Dallas, TX 75225 | | |
| | c/o Chris Parada, Energy Finance Manager | | |
| | | | |
| B. | **Entities In Effort to Refinance or Sell Assets** | Financials Sent | Date Sent |
| | 1 Global Hunter Securities LLC | FYE 2013 | 5/21/2014 |
| | 420 Throckmorton Street, Ste 200 | | |
| | Fort Worth, TX 76102 | | |
| | c/o Brad Steele | | |
| | | | |
| | 2 The Carlyle Group | FYE 2011,2012,2013 | 5/22/2014 |
| | 700 Louisiana Street, Ste 4250 | | |
| | Houston, TX 77002 | | |
| | c/o JW Sikora | | |
| | | | |
| | 3 MLV Co | FYE 2013 | 7/17/2014 |
| | 520 Post Oak Blvd, Ste 850 | | |
| | Houston, TX 77027 | | |
| | c/o Rob Lindermanis *(no longer with firm)* | | |
| | | | |
| | 4 Petro Capital Group | FYE 2013; Period Ending 03/2014 | 7/18/2014 |
| | 3710 Rawlins Street, Ste 1000 | | |
| | Dallas, Texas 75219 | | |
| | c/o Robby Gillespie | | |
| | | | |
| | 5 GMP Securities LLC | FYE 2013 | 7/24/2014 |
| | 717 Texas Avenue, Ste 3000 | | |
| | Houston, TX 77002 | | |
| | c/o Stuart Imel | | |
| | | | |
| | 6 Alan Gaines | FYE 2013; Period Ending 09/2014 | 3/17/2015 |
| | adgaines1@gmail.com | | |

ANTERO ENERGY PARTNERS, LLC
CASE 16-30308-11
OFFICIAL FORM 207; STATEMENT OF FINANCIAL AFFAIRS
PART 13: ITEM 30  PAYMENTS RELATED TO INSIDERS

| NAME & ADDRESS OF RECIPIENT | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY | DATES | REASON FOR VALUE | RELATIONSHIP TO DEBTOR |
|---|---|---|---|---|
| ROBERT A IMEL | 2,500.00 | 1/26/2015 | CASH | MANAGING MEMBER |
| 6340 BROOKSHIRE | (2,000.00) | 1/28/2015 | CASH | MANAGING MEMBER |
| DALLAS TX 75229 | 2,000.00 | 1/28/2015 | CASH | MANAGING MEMBER |
| | 2,500.00 | 2/6/2015 | CASH | MANAGING MEMBER |
| | 8,000.00 | 2/23/2015 | CASH | MANAGING MEMBER |
| | 1,500.00 | 2/23/2015 | CASH | MANAGING MEMBER |
| | 2,500.00 | 2/24/2015 | CASH | MANAGING MEMBER |
| | 10,000.00 | 3/2/2015 | CASH | MANAGING MEMBER |
| | 10,000.00 | 3/3/2015 | CASH | MANAGING MEMBER |
| | 14,000.00 | 3/9/2015 | CASH | MANAGING MEMBER |
| | 2,500.00 | 3/9/2015 | CASH | MANAGING MEMBER |
| | 2,000.00 | 3/12/2015 | CASH | MANAGING MEMBER |
| | 4,000.00 | 3/18/2015 | CASH | MANAGING MEMBER |
| | 2,500.00 | 3/20/2015 | CASH | MANAGING MEMBER |
| | 1,800.00 | 3/23/2015 | CASH | MANAGING MEMBER |
| | 2,500.00 | 4/6/2015 | CASH | MANAGING MEMBER |
| | 3,000.00 | 4/15/2015 | CASH | MANAGING MEMBER |
| | 9,000.00 | 4/17/2015 | CASH | MANAGING MEMBER |
| | 2,000.00 | 5/4/2015 | CASH | MANAGING MEMBER |
| | 1,500.00 | 5/6/2015 | CASH | MANAGING MEMBER |
| | 4,000.00 | 5/7/2015 | CASH | MANAGING MEMBER |
| | 2,500.00 | 5/13/2015 | CASH | MANAGING MEMBER |
| | 10,000.00 | 5/15/2015 | CASH | MANAGING MEMBER |
| | 7,500.00 | 5/19/2015 | CASH | MANAGING MEMBER |
| | 30,000.00 | 5/22/2015 | CASH | MANAGING MEMBER |
| | 3,000.00 | 5/26/2015 | CASH | MANAGING MEMBER |
| | 2,500.00 | 5/29/2015 | CASH | MANAGING MEMBER |
| | 4,500.00 | 6/4/2015 | CASH | MANAGING MEMBER |
| | 3,500.00 | 6/8/2015 | CASH | MANAGING MEMBER |
| | 2,500.00 | 6/11/2015 | CASH | MANAGING MEMBER |
| | 5,000.00 | 6/11/2015 | CASH | MANAGING MEMBER |
| | 10,000.00 | 6/16/2015 | CASH | MANAGING MEMBER |
| | 6,000.00 | 6/17/2015 | CASH | MANAGING MEMBER |
| | 500.00 | 6/18/2015 | CASH | MANAGING MEMBER |
| | 1,000.00 | 6/19/2015 | CASH | MANAGING MEMBER |
| | 15,000.00 | 6/22/2015 | CASH | MANAGING MEMBER |
| | 2,500.00 | 6/26/2015 | CASH | MANAGING MEMBER |
| | 30,000.00 | 7/1/2015 | CASH | MANAGING MEMBER |
| | 5,000.00 | 7/2/2015 | CASH | MANAGING MEMBER |
| | 6,000.00 | 7/2/2015 | CASH | MANAGING MEMBER |
| | 1,500.00 | 7/7/2015 | CASH | MANAGING MEMBER |
| | 10,500.00 | 7/10/2015 | CASH | MANAGING MEMBER |
| | 1,000.00 | 7/16/2015 | CASH | MANAGING MEMBER |
| | 5,000.00 | 7/16/2015 | CASH | MANAGING MEMBER |
| | 8,000.00 | 7/16/2015 | CASH | MANAGING MEMBER |
| | 10,000.00 | 7/20/2015 | CASH | MANAGING MEMBER |
| | 5,000.00 | 7/23/2015 | CASH | MANAGING MEMBER |
| | 134,000.00 | 7/24/2015 | CASH | MANAGING MEMBER |
| | (10,000.00) | 8/13/2015 | CASH | MANAGING MEMBER |
| | (25,000.00) | 8/14/2015 | CASH | MANAGING MEMBER |
| | (200.00) | 9/17/2015 | CASH | MANAGING MEMBER |
| | 10,000.00 | 9/21/2015 | CASH | MANAGING MEMBER |
| | 200.00 | 9/21/2015 | CASH | MANAGING MEMBER |
| | 2,500.00 | 9/25/2015 | CASH | MANAGING MEMBER |
| | 3,500.00 | 10/8/2015 | CASH | MANAGING MEMBER |
| | 1,750.00 | 10/9/2015 | CASH | MANAGING MEMBER |
| | 5,000.00 | 10/13/2015 | CASH | MANAGING MEMBER |
| | 6,000.00 | 10/15/2015 | CASH | MANAGING MEMBER |
| | 6,000.00 | 10/19/2015 | CASH | MANAGING MEMBER |
| | 407,550.00 | | | |
| | | | | |
| AMERICAN EXPRESS | 9,113.54 | 7/3/2015 | CASH | PAYMENT MADE ON BEHALF OF MANAGING MEMBER |
| P O BOX 650448 | (161.22) | 8/3/2015 | CASH | PAYMENT MADE ON BEHALF OF MANAGING MEMBER |
| DALLAS, TX 75265-0448 | 3,596.09 | 8/3/2015 | CASH | PAYMENT MADE ON BEHALF OF MANAGING MEMBER |
| | 3,582.34 | 9/3/2015 | CASH | PAYMENT MADE ON BEHALF OF MANAGING MEMBER |
| | 1,673.20 | 10/2/2015 | CASH | PAYMENT MADE ON BEHALF OF MANAGING MEMBER |
| | 1,221.28 | 10/26/2015 | CASH | PAYMENT MADE ON BEHALF OF MANAGING MEMBER |
| | 70.08 | 11/3/2015 | CASH | PAYMENT MADE ON BEHALF OF MANAGING MEMBER |
| | 5,290.55 | 12/3/2015 | CASH | PAYMENT MADE ON BEHALF OF MANAGING MEMBER |
| | 24,385.86 | | | |

431,935.86